UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:21-CR-85-MC-WCM |
| | ) | |
| v. | ) | **ORDER TO SEAL INDICTMENT** |
| | ) | |
| DEWEY RONALD BRANAM | ) | |

UPON MOTION of the United States of America, by and through William T. Stetzer,

Acting United States Attorney for the Western District of North Carolina, for an Order directing

that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be

sealed to protect the secrecy of the ongoing investigation and related investigations, to prevent the

flight of the defendant in this case and the defendants in the related cases to avoid prosecution, and

to prevent the destruction of evidence until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this

Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 5 day of October, 2021.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE