IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA | ) | CASE NO. 1:21-CR-85 |
| | ) | |
| vs. | ) | |
| | ) | |
| DEWEY RONALD BRANAM | ) | |

## ORDER FOR TRANSFER OF CUSTODY

This matter is before the Court on the Government's Motion (Doc. 27), filed June 1, 2022, for the temporary transfer of custody of Defendant DEWEY RONALD BRANAM.

Having carefully reviewed the Motion, the Court finds that good cause exists to justify the temporary transfer of custody of DEWEY RONALD BRANAM from the United States Marshals Service to Special Agent Jason Brown of the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

**IT IS THEREFORE ORDERED THAT:**

1. The Government's Motion for Transfer of Custody (Doc. 27) is **GRANTED.**

2. The transfer shall be subject to the following conditions:

    a. The United States Marshals Service shall allow the intermittent and periodic transfer of custody of DEWEY RONALD BRANAM to Special Agent Brown during the period from 10:00AM on Monday, June 6, 2022, until 4:00PM on Monday, June 6, 2022. Throughout this period the named special agent shall maintain constant physical custody of DEWEY RONALD BRANAM until custody is returned to the United States Marshals Service. DEWEY RONALD BRANAM shall be returned to the custody of the United States Marshals

1

Service at the same facility from which custody was obtained unless otherwise directed by the United States Marshal no later than 4:00PM on Monday, June 6, 2022.

b. When DEWEY RONALD BRANAM is picked up, the named special agent shall use the same security and restraints used by the United States Marshals Service when transporting a prisoner, i.e., he shall be placed in handcuffs and leg shackles whenever being transported.

c. The named special agent shall provide reasonable notice to the United States Marshals Service when he intends to obtain and return custody of DEWEY RONALD BRANAM.

Signed: June 3, 2022

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge